UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOCARDIA, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NVISION MEDICAL CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-02829-VC<br><br>**ORDER CALLING FOR RESPONSE TO MOTION FOR STAY**<br><br>Re: Dkt. No. 45 |

　　　BioCardia, if it still opposes the shareholders' motion for a stay, must file a response by 5:00 p.m. on Monday. Any applicable deadlines are stayed until the Court disposes of this motion.

　　　**IT IS SO ORDERED.**

Dated: June 11, 2020

_____
VINCE CHHABRIA
United States District Judge