# EXHIBIT B



**Bringing Focus to Women's Health**

Surbhi Sarna
surbhi@nvisionmedical.com
www.nvisionmedical.com (empty, stealth)
Infertility, ovarian cancer pipeline

# Opportunity



nVision is an early-stage medical device company developing unique access platform technology for the reproductive system that will address two substantial unmet needs in women's health

- Accurate diagnosis of the leading cause of **infertility**
- Early detection of **ovarian cancer**

Seed round secured, POC complete. Now raising $4 million Series A round ($3.75 committed) to attain regulatory approval





# Infertility

3

# Infertility Space



- \$5 billion market in US alone
- Impacts over 6 million US women
- Rapidly increasing in developed and developing countries



Trends in the percentage of women (15–44 years) with impaired fecundity by age group, 1982–2002



**Infertility Causes**

- Fallopian tube disorder
- Ovulation problems
- PCOS
- Unexplained

Fallopian tube blockage is the leading cause of infertility

4



# The Clinical Need

Need for an accurate & real-time method of diagnosing fallopian tube blockage and disease *in the office* of the gynecologist

# We aim to replace the Hysterosalpingogram (HSG)

- Extremely inaccurate

- Painful for the patient

- Exposes a patient to radioactivity, linked to bladder cancer

- No reimbursement to gatekeeper of patient and inconvenient

- No significant improvement since 1914



5

# Previous Product Shortcomings



Conceptus Inc. and Imagyn both attempted to create an endoscopic device in 1998 but faced hurdles

- Complex procedure –accessing the fallopian tube within the uterus

- Fallopian tube perforation caused by lack of tactile feedback

- Minimal risk to patient safety but causes delay in procedure & conception

- Competition – HSG & FemVue procedure (technique done under ultrasound)

6

# The Product



The solution is a real-time visualization system which can be easily used in the office of the reproductive specialist.



The smallest cmos sensor in the world hydraulically propelled through the fallopian tube utilizing pressure less than the HSG, while the patient is awake in the office of the gynecologist



# Intellectual Property

Several **patents pending** on unique catheter characteristics and methods of use

- To decrease the risk of perforation

- To increase the quality of the images

- Additional novel therapeutic concepts

PCT Search Report – NO prior art found for 70 claims in our application



Not the final design, but another over the wire approach

8

# Feasibility Study- Complete



A post-hysterectomy human tissue study to demonstrate ability of product

Collected uterus and fallopian tube tissue directly after hysterectomy, relevant structures still intact (total of six samples)

Demonstrated:



- Quality of images

- Hydraulic propulsion of device

- No fallopian tube damage

9

# The Market



1.2 million tubal diagnostic procedures conducted annually in the US.



6 million (7.4%) suffer from infertility

3.1 million seek treatment

2.9 million suffer silently

1.9 million obtain treatment

1.2 million cannot afford treatment

1.2 million HSG Procedures

0.7 million diagnosed otherwise

B/C of the cost of IVF - $40,000

10

# Reimbursement



Majority of Infertility treatments are self pay

- HSG average **$1000** per procedure with variation based on geographic location

- Codes exist for female infertility of tubal origin AND diagnosis of tubal patency

- Reimbursement specialist currently working on best combination of codes

11

# Addressable Market





1,200,000 procedures X $1,000 = $1,200,000,000 annually

# Regulatory Strategy



In US: 510(k) approval as a Class II device with no to *limited* clinical trials
In Europe: Class IIa device with *NO* clinical trials

Cindy Domecus  - over 20 years of experience dealing directly with the FDA. Was VP of Regulatory affairs for Conceptus (filed for devices that are our predicates)

- The 510(k) precedent for substantial equivalence (SE) is **well established** for the intended use of the falloposcope to selective salipingography (SSG)

- Three devices have previously been 510(k) cleared by FDA with this indication

- FDA has published a guidance document for this device and indication as Class II via 510(k) premarket notification

*By Cindy Domecus, Regulatory Principal and Theresa Bradner, Regulatory Consultant*

# Clinical Studies



## 510(k) and CE mark - no clinical data

Measure of substantial equivalence is image quality and force required to navigate the fallopian tube – K962587, Conceptus. If pushback, 20-50 person trial – budget assumes up to 100 patients given new regulatory climate



**nVision's Lead Clinical Advisor**
Lynn Marie Westphal, MD
Director of Women's Health, Stanford
Clinical focus: Fertility, Reproductive Medicine,
Gynecology, Obstetrics and Gynecology

Dr. William Keye
University of Utah
Director of IVF
30+ years of experience

Dr. Viviane Connor
Cleveland Clinic
Founder and Director,
Minimally Invasive Surgery

Dr. Jim Tsaltas
President Australasian
Gynecological Endoscopy &
Surgery Society (AGES)

14

# Development Plan





COMPLETE | 9 months | 9 months | 6 months

**Concept Phase**

-Design Inputs
-Hazard Analysis
-Prototype
-Quality System
-Proof of Concept

**Feasibility Phase**

-Detail Design
-Bench and Animal Test
-Risk Analysis
-Packaging Design
-Verification
-Process Instructions
-Suppliers
-Contract Manufacturer
-Prepare 510k

**Qualification Phase**

-Finalize Design
-Finalize Packaging
-Mfg Line Validation
-Design Validation
-Sterilization Vald'n
-Market Pref. Study
-Order Launch Qty's

510k  Granted

**Potential Exit**

**Transfer Phase**

-Finalize DHF
-Final Design Review
-Release sterile product
-Launch Product

Detailed operating and financing plan available upon request

15

# Financing



## Regulatory approval granted after two years and $4 million in funding.

- Proof of Concept: Achieved within first year utilizing $200,000

- CE Mark & 510 (k) approval: Achieved in year three utilizing an additional $4 million.

- IF NEEDED - Commercially available: by the third year, entailing an additional $2 million (distribution channels) or $6 million (build small sales team).

- Profitability:  by year five, nVision will be profitable with a cumulative investment of $10 million

- Revenue of 45 million by year 6

**Potential Exit**

| Years | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|
| Revenue ($) | | | | 1,028,000 | 13,750,000 | 44,703,000 |
| Expenses ($) | 196,000 | 1,717,133 | 2,168,414 | 6,526,070 | 11,514,508 | 16,983,711 |
| Pretax loss/profit ($) | (196,000) | (1,717,133) | (2,168,414) | (5,498,070) | 2,235,491 | 27,719,288 |

# Potential Acquirers



Device companies with women's health arm or endoscopy companies























Detailed operating and financing plan available upon request

17

# Deal Terms



- Virtual company – only one full time employee until approval
  - Low burn
  - Risk mitigation strategy
- This is the business model of our lead investor, Catalyst Health Ventures
- $4 mil raise - $4.5 pre money valuation
- 1x liquidation, participating preferred, drag along

# The Team



Surbhi Sarna, Chief Executive Officer

**Research and Development**
Rajan Patel, Acting VP of R&D
Serge Bierhuizen, Lead Optical Engineer
+ team of 3 mech. engineers

**Advisors**
Karen Drexler, Advisor
Lynn Westphal MD, Lead Clinical Advisor
Al Chin, M.D. & Innovator

**Consultants**
Theresa Brandner, Regulatory Consultant
Ben Bedi, IP Attorney

### Investors &  Board

Chairman
**Anula Jayasuriya MD PhD MBA**

Catalyst Health Ventures
**Darshana Zaveri**

LMN Ventures
**Corinne Nevinny**
(Most recently President of Global Operations of
Edwards Life Science)

Draper Fisher Jurvetson, Draper Associates
Tim Draper

19

# Thank you

**Available documents**
- Executive summary and slide deck
- FAQ
- Detailed operating plan and financial projections
- Market analysis and sales strategy projection
- Due diligence documentation from Astia Angels
- Term sheet

## Begin references

# Market References



| Parameter | Percent | Resulting Number | Reference |
|---|---|---|---|
| US population | | 307,006,550 | http://quickfacts.census.gov/qfd/news.html |
| % women | 50.7% | 155,652,321 | http://quickfacts.census.gov/qfd/news.html |
| % child bearing | 52.1% | 81,094,859 | http://www.census.gov/ipc/prod/wp02/wp-02004.pdf |
| % infertile | 7.4% | 6,001,020 | Stephen EH, Chandra A. Use of infertility services in the United States: 1995. Fam Plann Perspect 2000;32:132-7. |
| % seek | 52.0% | 3,120,530 | Greil AL, McQuillan J. Help-seeking patterns among subfecund women. J Reprod Infant Psyc 2004;22:305-19. |
| % obtain | 31.4% | 1,884,320 | Stephen EH, Chandra A. Use of infertility services in the United States: 1995. Fam Plann Perspect 2000;32:132-7. |
| % HSG | 63.0% | 1,187,122 | http://www.obgyn.net/women/women.asp?page=/industry/articles/980318_fall |

International estimates: http://humrep.oxfordjournals.org/content/22/6/1506.full#ref-28

21

# Infertility - FAQ



*"What is the value of diagnosing the tubes if no treatment exists?"*

1. The less accurate, more painful HSG procedure is still ordered a **million** times a year, so physicians see value in diagnosing the tubes.
2. No treatment exists because **no direct visualization option** exists. Once we know what causes occlusion, we can start creating therapeutic products.
3. Tubal disease **reduces the chance of IVF success by more than 10%.**
4. Create a **billable procedure** for the gynecologist.

*"What is the use of the nVision device if physicians are going straight to IVF?"*

1. Physicians ***are not*** going straight to IVF – procedure is ordered a million times a year.
2. Tubal health impacts IVF success rate **by more than 10%.**
3. IVF **is not** improving – most people cannot afford IVF and younger physicians are looking for alternatives.



# Ovarian Cancer

# Lethal and undetectable



22,280 new cases of ovarian cancer were diagnosed and 15,500 women died of ovarian cancer in the United States in 2012

Ovarian cancer is usually found too late because:

- Asymptomatic at early stages
- "Radiology tests (CT san, MRI) do not provide enough information by themselves to definitively diagnose ovarian cancer" – AMS
- Biopsy of ovary not performed b/c it risks spreading the cancer

Today, the only way to diagnose ovarian cancer with certainty is with a risky, exploratory operation.

24

# Latest research



 **National Cancer Institute**

U.S. National Institutes of Health | www.cancer.gov

# BENCHMARKS

*An online publication for reporters covering cancer and the National Cancer Institute*

**Go to Benchmarks Archive**

[search]

**search**

⊕ SHARE   ☐ ☐ ☐ ...

## Ovarian Cancer and Origins in the Fallopian Tubes

**SUBSCRIBE**

Subscribe for updates from the office of media relations:

**CATEGORIES**

Select Category ▼

**USEFUL RESOURCES**

NCI NewsCenter

Ovarian cancer arises in the fallopian tube. Credit: Drapkin

JUNE 6, 2011, 11:39 AM

**By Linda Perrett**

**POSTED IN:** Ovarian cancer | SPOREs | screening

**TAGS:** BRCA, fallopian tube, p53, PLCO, precursor lesions, serous cancer, SPORE

Ovarian cancer kills an estimated 14,000 American women each year. The high mortality rate for women with ovarian cancer stems from a lack of early symptoms or screening methods for the disease. As a result, most ovarian cancer patients are diagnosed with advanced-stage disease as highlighted by the findings from the National Cancer Institute's Prostate, Lung, Colorectal and Ovarian Cancer Screening Trial, or PLCO trial, presented at the annual American Society of Clinical Oncology meeting June 4, 2011.

# nVision's Solution & Product



In the last year and a half, conclusive evidence has surfaced demonstrating that the most lethal forms for ovarian cancer begin in the fallopian tubes.



nVision has developed proprietary linear everting balloon technology to access and sample the length of the tube for cancerous cells.

Not for distribution – Patents pending

26

# High-risk patient population



The device is for patients who are at high risk for ovarian cancer.

- Family history of ovarian, breast, endometrial (uterine) cancer

- BRCA1 or BRCA2 mutation

- Family history of Lynch syndrome (hereditary nonpolyposis colorectal cancer [HNPCC])

- Other: never being pregnant, obesity

27

# Population with risk factors



| Risk | # of Patients |
|---|---|
| Breast cancer | 3,000,000 |
| First degree relative with breast cancer | 12,200,000 |
| BRCA mutation | 780,000-1,200,000 |
| Ovarian cancer | 22,280 |
| **Total** | **16.4M** |

The above numbers are from the National Cancer Institute. For detailed references, please see slide 31.

# Multi – Billion Market



Material cost is approximately $25. Price the catheter at **$500**.

**Assumptions**
- Only **8,000,000** out of the 16,000,000 high risk patients undergo this test
- Every year after 30**\***, these patients come in for this test one a year until they are 70 (**40 years** of testing per patient total)

8,000,000 patients annually X  $500 per catheter

# $4B Market Opportunity

## Annually, in the US alone

*Current guidelines dictate that these same high risk patients come in every six months for a transvaginal ultrasound and a blood test to look for CA-125 elevation. Both of these tests are poor indicators.

# Regulatory & Reimbursement

nVision

- 510(k) Class II device – substantial equivalence to SSG catheter & nVision infertility device

- CE Mark: Class II device

- ICD -9 and CPT Codes exist for diagnosing ovarian cancer

**CPT CODES*:**

Test code 16991(X): 84999
Test code 16992(X): 84999, 83001, 83002

**ICD-9 CODES**:**

789.33 Abdominal or pelvic swelling, mass, or lump; right lower quadrant
789.34 Abdominal or pelvic swelling, mass, or lump; left lower quadrant

# Ovarian Cancer References



**Slide 8 (market /patient population evaluation)**

1. NCI SEER 2009 http://seer.cancer.gov/statfacts/html/breast.html
2. NCI PDQ® Cancer Information Summary. National Cancer Institute; Bethesda, MD. Genetics of Breast and Ovarian Cancer (PDQ®) - Health Professional. Date last modified 04/24/2009. Available at: http://www.cancer.gov/cancertopics/pdq/genetics/breast-and-ovarian/healthprofessional.
3. http://inthefamily.kartemquin.com/content/brca-101
4. National Cancer Institute. *SEER Cancer Statistics Review*, 1975–2005. Retrieved April 20, 2009, from: http://seer.cancer.gov/csr/1975_2005/index.html.
http://cancerres.aacrjournals.org/content/66/16/8297.full for Number of BRCA mutations in general population

**All other slides**

- http://www.uptodate.com/contents/ovarian-cancer-diagnosis-and-staging-beyond-the-basics?source=outline_link&view=text&anchor=H11168982#H11168982
- http://www.uptodate.com/contents/ovarian
- http://jama.jamanetwork.com/article.aspx?articleid=1383232
- http://www.myhealthnewsdaily.com/139-the-10-deadliest-cancers-and-why-theres-no-cure-.html
- http://ww5.komen.org/BreastCancer/GeneMutationsampGeneticTesting.html
- http://www.cancer.gov/cancertopics/factsheet/Risk/BRCA#r10
- http://www.ovariancancer.org/about-ovarian-cancer/statistics/
- http://benchmarks.cancer.gov/2011/06/ovarian-cancer-and-origins-in-the-fallopian-tubes-2/
- http://seer.cancer.gov/statfacts/html/breast.html
- http://www.cancer.gov/cancertopics/pdq/genetics/breast-and-ovarian/healthprofessional
- http://cancerres.aacrjournals.org/content/66/16/8297.full
- http://seer.cancer.gov/csr/1975_2005/index.html
- http://seer.cancer.gov/csr/1975_2005/results_single/sect_01_intro.28pgs.pdf
- http://www.ovariancancer.org/about-ovarian-cancer/statistics/
- http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpcd/315.cfm?GMPPart=884