IAN N. FEINBERG (SBN 88324)
ifeinberg@feinday.com
M. ELIZABETH DAY (SBN 177125)
eday@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
NICHOLAS MARTINI (SBN 237687)
nmartini@feinday.com
**FEINBERG DAY KRAMER ALBERTI LIM TONKOVICH & BELLOLI LLP**
577 Airport Blvd., Suite 250
Burlingame, CA. 94010
Tel: 650.825.4300/Fax: 650.460.8443

*Attorneys for Plaintiff* BioCardia, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BIOCARDIA, INC.<br><br>Plaintiff,<br><br>v.<br><br>nVISION MEDICAL CORPORATION, ARBORETUM VENTURES IV, LP, ASTIA ANGEL nVISION LLC, CATALYST HEALTH VENTURES (PF), L.P., CATALYST HEALTH VENTURES FOLLOW-ON FUND, L.P., CATALYST HEALTH VENTURES III, L.P., CATALYST HEALTH VENTURES, LP, CHV INVESTMENTS, LLC, CHV PARTNERS FUND III, L.P., CHV-E PARTNERS III, L.P., DRAPER ASSOCIATES INVESTMENTS, LLC, DRAPER ASSOCIATES RISKMASTER FUND II, LLC, DRAPER ASSOCIATES RISKMASTERS FUND III, LLC, EXCELESTAR VENTURES I, LLC, EXXCLAIM CAPITAL PARTNERS I, LP, FOGARTY INSTITUTE FOR INNOVATION, GOLDEN SEEDS nVISION MEDICAL, LLC, LIFE SCIENCES ANGEL INVESTORS VIII, L.L.C., LMNVC, LLC, AND SERAPH nVISION, LLC,<br><br>Defendants. | CASE NO.  3:20-cv-02829-VC<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AGAINST ALL DEFENDANTS EXCEPT nVISION MEDICAL CORPORATION** |

-1-

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff BioCardia, Inc. hereby dismisses without prejudice all claims against Defendants Arboretum Ventures IV, LP, Astia Angel nVision LLC, Catalyst Health Ventures (PF), L.P., Catalyst Health Ventures Follow-On Fund, L.P., Catalyst Health Ventures III, L.P., Catalyst Health Ventures, LP, CHV Investments, LLC, CHV Partners Fund III, L.P., CHV-E PARTNERS III, L.P., Draper Associates Investments, LLC, Drapers Associates Riskmaster Fund II, LLC, Draper Associates Riskmaster Fund III, LLC, Excelestar Ventures I, LLC, eXXclaim Capital Partners I, LP, Fogarty Insitute for Innovation, Golden Seeds nVision Medical, LLC, Life Sciences Angel Investors VIII, L.L.C., LMNVC, LLC, and Seraph nVISION, LLC in this Action.

Dated: January 4, 2021              By  */s/ Ian N. Feinberg*
                                         Ian N. Feinberg

                                         Attorneys for Plaintiff BioCardia, Inc.