

Ian N. Feinberg
ifeinberg@feinday.com
Feinberg Day LLP
577 Airport Blvd., Suite 250
Burlingame, CA 94010
T:  650.825.4300

January 6, 2021

*Via Electronic Court Filing*

Honorable Vince Chhabria
San Francisco Courthouse, Courtroom 4 - 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:     *Boston Scientific Corporation, et al v. BioCardia, Inc*., No. 3:19-cv-05645-VC
        *BioCardia, Inc. v. nVision, et al*., No. 3:20-cv-02829-VC

Dear Judge Chhabria:

        I write in response to Your Honor's January 4, 2021 Order Vacating Voluntary Dismissals.
The Court should treat the Rule 17 motions as withdrawn.

Respectfully submitted,

*/s/ Ian N. Feinberg*
Ian N. Feinberg

Feinberg Day Kramer Alberti Lim Tonkovich & Belloli LLP
577 Airport Boulevard, Suite 250 • Burlingame, CA 94010
650.825.4300 • 650.460.8443 fax • www.feinday.com

1