ROBERT E. FREITAS (SBN 80948)
rfreitas@fawlaw.com
DANIEL J. WEINBERG (SBN 227159)
dweinberg@fawlaw.com
FREITAS & WEINBERG LLP
303 Twin Dolphin Drive, Suite 600
Redwood Shores, California  94065
Telephone:     (650) 593-6300
Facsimile:      (650) 593-6301

Attorneys for Defendant
EXXclaim Capital Partners I, LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOCARDIA, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>nVISION MEDICAL CORPORATION, ARBORETUM VENTURES IV, LP, ASTIA ANGEL nVISION LLC, CATALYST HEALTH VENTURES (PF), L.P., CATALYST HEALTH VENTURES FOLLOWON FUND, L.P., CATALYST HEALTH VENTURES III, L.P., CATALYST HEALTH VENTURES, LP, CHV INVESTMENTS, LLC, CHV PARTNERS FUND III, L.P., CHV-E PARTNERS III, L.P., DRAPER ASSOCIATES INVESTMENTS, LLC, DRAPER ASSOCIATES RISKMASTER FUND II, LLC, DRAPER ASSOCIATES RISKMASTERS FUND III, LLC, EXCELESTAR VENTURES I, LLC, EXXCLAIM CAPITAL PARTNERS I, LP, FOGARTY INSTITUTE FOR INNOVATION, GOLDEN SEEDS nVISION MEDICAL, LLC, LIFE SCIENCES ANGEL INVESTORS VIII, L.L.C., LMNVC, LLC, AND SERAPH nVISION, LLC,<br><br>　　　　　Defendants. | No.  3:20-CV-02829-VC<br><br>Related Cases:<br>　No. 3:19-cv-05645-VC<br>　No: 3:20-cv-07510-VC<br><br>**[P~~ROPOSED~~] O**RDER **G**RANTING **A**DMINISTRATIVE **M**OTION **R**EGARDING **S**URBHI **S**ARNA AND **EXXCLAIM CAPITAL PARTNERS I, LP'S JOINT MOTION FOR SANCTIONS** |

Surbhi Sarna and EXXclaim Capital Partners I, LP ("EXXclaim") have filed an Administrative Motion regarding their Joint Motion for Sanctions. Ms. Sarna and EXXclaim have advised the Court in their motion that their counsel inadvertently overlooked the Court's 15-page limit set forth in paragraph 33 of the Court's Civil Standing Order, as well as the rule in paragraph 36 that requests to enlarge the page limit be made at least 72 hours before the brief is due. The motion seeks leave to exceed the 15-page limit and have the Court consider the entirety of the 25-page sanctions motion or, in the alternative, seeks leave to file a corrected 15-page motion.

Having considered the Administrative Motion, and the papers submitted therewith, the Court hereby GRANTS the Administrative Motion and ORDERS either that:

(1)   The page limit on Ms. Sarna's and EXXclaim's Joint Motion for Sanctions Pursuant to the Court's Inherent Authority, Fed. R. Civ. P. 16, and 28 U.S.C. § 1927 is enlarged from 15 pages to 25 pages. The January 19, 2021 Joint Motion for Sanctions will be considered in its entirety by the Court; or

(2)   ~~Ms. Sarna and EXXclaim are granted leave to file the corrected 15-page Joint Motion for Sanctions Pursuant to the Court's Inherent Authority, Fed. R. Civ. P. 16, and 28 U.S.C. § 1927 attached as Exhibit A to their Administrative Motion and the corrected motion will be considered timely under Civil L.R. 7-8(d).~~

**IT IS SO ORDERED.**

Dated:   January 27, 2021        _____
                                 Hon. Vince Chhabria
                                 United States District Judge

